IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  06-cv-00658-PSF-BNB

UNITED STATES OF AMERICA,

    Petitioner,

v.

CHARLES R. SNOW,

    Respondent.

## ORDER TO DISMISS

    Upon the petitioner's Motion to Dismiss (Dkt. # 4), filed May 12, 2006, it is hereby ORDERED that the Motion to Dismiss is GRANTED.  This action is DISMISSED with prejudice.  Each side shall bear its own costs and attorney's fees.  In light of this dismissal it is

    FURTHER ORDERED that the show cause hearing set for May 15, 2006 is VACATED.

    DATED: May 12, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge